**EXHIBIT A**

## List of Wilton Miwok Rancheria Distributees

| Distributee | DOB | Last Known Address | Dependant Members | Lineal Descendants and Approx. Number |
|---|---|---|---|---|
| Jane Brown | 9-20-1922 | Deceased | Donald Brown<br>Debra Brown (Blue) | Yes |
| Archie Williams | 10-08-1907 | Deceased | Mildred Williams<br>Jerome Williams<br>Alfred Williams<br>Wilson Williams<br>Carol Mae Williams<br>Silvia Williams<br>Joanna Williams | Yes (120) |
| Eva Irish | 1-28-1893 | Deceased | | |
| Dorothy Andrews | 8-16-1930 | Box 66<br>Wilton, CA 95693 | Jacqueline Andrews<br>Anita Andrews<br>Beverly Andrews<br>Lawrence Andrews<br>David Andrews | Yes (15) |
| Ella Porter Taylor and Arthur Taylor | 4-15-1888 | Deceased | Rhonda Taylor | Yes (93) |
| Annie McKean | 7-4-1882 | Deceased | Charles McKean Jr.<br>John McKean | Yes (95) |
| John McKean | 6-21-1916 | Deceased | | |
| Ada Madrigal | 4-15-1888 | Deceased | | |
| Gertrude Dupree | 2-9-1892 | Deceased | | |
| Charles McKean, Jr. | 12-6-1904 | Deceased | Paul McKean<br>Lloyd McKean<br>Billie Daniels<br>Jimmie Daniels<br>Richard Daniels | Yes (46) |
| Virgie Hatch | 10-3-1901 | Deceased | | Yes (42) |
| Cosumnes River Indian Association | | | | N/A |

**EXHIBIT B**

FILED
FEB 20 11 41 AM '80
WILLIAM L. WHITTAKER
U.S. DISTRICT COURT
NO. DIST OF CA.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TILLIE HARDWICK, et al.,                )
                                        )   NO. C-79-1710-SW
                    Plaintiffs,         )
                                        )   ORDER RE: CLASS
v.                                      )   CERTIFICATION
                                        )
UNITED STATES OF AMERICA,               )
et al.,                                 )
                                        )
_____Defendants._____  )

        Plaintiffs' motion for certification of a plaintiff
and defendant class in the above-entitled action came on
regularly for hearing in the above-entitled Court on February 11,
1980, at 11:00 a.m..

        California Indian Legal Services appeared by David
Rapport for the plaintiffs. Assistant United States Attorney
Paul M. Locke appeared for the federal defendants. The Lake
County Counsel's Office by Robert L. Bridges, Deputy County
Counsel, appeared for defendant Cora L. Taylor, Tax Collector of
Lake County. The Law Offices of Ronald E. Hothem by Julie A.
Torres, appeared as counsel for the Mendocino County defendant.

        The Court, having considered the written and oral
arguments of counsel and the pleadings and evidence submitted
in this action, and good cause appearing therefor

        NOW HEREBY ORDERS:

        1. Plaintiffs action is certified to proceed as a

Copies mailed to parties
of Record

class action under Fed. Civ. P. 23(a) and 23(b)(2) for the purpose of determining the federal defendants' liability to the class. The plaintiff class consists of all those persons who any of the assets of the following California Indian rancherias pursuant to distribution plans purportedly prepared under the California Rancheria Act, Act of August 18, 1958 (72 Stat. 619), or as amended by the Act of August 11, 1964 (78 Stat. 390), any heirs or legatees of such persons and any Indian successors in interest to real property so distributed:

| | |
|---|---|
| Alexander Valley | Mission Creek |
| Auburn | Mooretown |
| Big Valley | Nevada City |
| Blue Lake | North Fork |
| Buena Vista | Paskenta |
| Cache Creek | Picayune |
| Chico | Pinoleville |
| Chicken Ranch | Potter Valley |
| Cloverdale | Quartz Valley |
| El Dorado | Redding (Clear Creek) |
| Elk Valley | Redwood Valley |
| Graton | Rohnerville |
| Greenville | Ruffeys |
| Guidiville | Scotts Valley |
| Indian Ranch | Smith River |
| Lytton | Strawberry Valley |
| Mark West | Wilson |

action impractical within the meaning of Fed. R. Civ. Rule

23(a)(1).

DATED: FEB 27 1980

THE HONORABLE SPENCER WILLIAMS
JUDGE of the U.S. District
Court For The Northern District
Of California.
MSK

-3-

**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | ) |
| Plaintiffs, | ) C 79-1710SW |
| | ) |
| v. | ) ORDER APPROVING ENTRY OF |
| | ) FINAL JUDGMENT IN ACTION |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants | ) |

## ORDER

Upon review of the stipulation of parties for entry of judgment in the underlying action, as well as the Findings and Recommendations of Magistrate Joan Brennan based upon a public hearing on the proposed settlement on December 15, 1983, IT IS HEREBY ORDERED that judgment be entered for PLAINTIFFS, according to the terms of the stipulation filed by the parties on August 2, 1983.

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE

ENTERED IN CIVIL DOCKET  12/27/ 19 88