**EXHIBIT H**

## Lands Within The Original Boundaries
## Of The Wilton Miwok Rancheria Presently Owned By
## Distributees, Dependant Members, Their Heirs or Legatees

| Parcel | Distributee | Owner As Of 7/1/1983 (*Tillie Hardwick* Settlement) | Indian Owner At Restoration | Owner As Of 11/1/2006 | Current Indian Owners |
|---|---|---|---|---|---|
| Lot 1 126-0230-010 | Jane D. Brown | Jane D. Brown | Yes | Jane D. Brown | Yes |
| Lot 2 126-0220-004 | Archie G. Williams | Jan C. Springer and Velma M. Springer his wife as Joint Tenants | No | Norman H. Orrick and Marilyn D. Orrick | No |
| Lot 3 126-0230-005 | Eva Irish | Theodore H. Bergala | Yes | Michael Steel and Susan Steele, husband and wife as Joint Tenants | No |
| Lot 4 126-0230-006 | Dorothy Andrews | Melvin and Barbara Wormington | No | Cindy Ann Chafin, Unmarried Woman | No |
| Lot 5 126-0230-009 | Ella and Arthur Taylor | Eddie Taylor and Ronda Benson [Taylor] | Yes | Edward Taylor, Ronda Benson, Delores Hernandez, Andrea Vera, and Robert Benson | Yes |
| Lot 6 126-0220-003 | Annie McKean | Charles J. McKean, Jr | Yes | Myrna McKean | No |
| Lot 7 126-0220-002 | John McKean | Bertha E. McKean | Yes | Stephen Alan Major, an unmarried man, and Laura Ann Shembery, an unmarried woman as joint tenants | Yes |
| Lot 8 126-0230-007 | Ada Louise Madrigal | Dorothy Andrews | Yes | Dorothy Andrews | Yes |
| Lot 9 126-0230-008 | Cosumnes River Indian Association | Cosumnes River Indian Association | Yes | Cosumnes River Indian Association | Yes |
| Lot 10 126-0230-004 | Gertrude Dupree | Gertrude Dupree | Yes | Patricia Baker and James Baker | Yes |
| Lot 11 126-0230-003 | Charles J. McKean Jr. | Charles J. McKean Jr. | Yes | William Daniels, Clifford McKean, James Daniels | Yes |
| Lot 12 126-0230-002 | Virginia Hatch | Herman and Constance Tripp | Yes | Maureen C. Franklin | No |
| Lot 13 126-0230-001 | Consumnes River Indian Association | Consumnes River Indian Association | Yes | Maureen C. Franklin | No |
| Lot 14* 126-0220-001 | Charles McKean, Jr. | Charles J. McKean, Jr. | Yes | Clifford H. McKean | Yes |

*Although the Distribution List provides for 13 Lots, the Distribution Map provides for 14 Lots.

**EXHIBIT I**

## AGREEMENT

In order to move ahead with the process of restoring our Tribe that was terminated by the federal government in 1959 to full status of federal recognition, the undersigned have reached the following negotiated agreements:

1.) The undersigned agree that for the purpose of the tribal restoration process the official base membership of the Tribe will begin with the members listed: in the census documents of 1933/1935 and 1941, in the 1959 list of distributees and dependent children and all lineal descendants of the members referred to above.

2.) The undersigned further agree that for the purpose of the restoration process the composition of the Interim Tribal Council will be six members with two full-time alternates from each of the two groups: from Mary's Tarango's group there will be Mary Tarango, Sandy Taylor, Maxine Brown Franklin, George (Sonny) Williams, Linda Blue and Darlene Daniels with Muriel Sangmaster and _____ serving as the alternates, and (b) from Anita Franklin's group there will be Anita Franklin, Wayne McKean, Kenneth McKean Sr., Lana Darrow, Dorothy Andrews and Richard Taylor serving with Duwayne Wilson and Beverly Andrews as alternates.

3.) The undersigned further agree that the Tribe's name will be the Wilton Miwok Rancheria for purposes of Restoration. The undersigned further agree that after Restoration this name may be revisited and changed if this is the will of the general tribal membership.

4.) Furthermore, the undersigned understand that during the legislative period, up to the time of passage and full tribal restoration, people handling the legislation may have questions that they need the interim tribal council to answer before they are able to move the process along. In order to be fully responsive to such inquiries, in a timely manner, we understand that Anita and Mary are designated to serve jointly as the official points of first contact. After being contacted, Mary and Anita will work together in notifying the undersigned and scheduling a full meeting of the undersigned, within forty-eight hours of being contacted, to discuss how to respond. Any issue raised will be resolved in negotiations among the undersigned in such a scheduled meeting with the assistance of mediators, David Lent and Steven Haberfeld, from Indian Dispute Resolution Services (Inc).

5.) The undersigned further agree that the agreements outlined above are entered into in good faith and understanding, and will be jointly supported during the time the legislation is being considered and drafted by the Department of Interior and the U. S. Congress. The undersigned also agree that we will not in any way disrupt or jeopardize the Restoration Process until full tribal recognition has been granted by the federal government.

6.) The undersigned agree to provide a copy of the Agreement to Superintendent, Mr. Dale Risling, of the Central California Agency of the Bureau of Indian Affairs, at 1824 Tribute Road, Sacramento, California.

7.) The parties agree that when Wilton Miwok Rancheria is restored to federal recognition, the Interim Tribal Council created by paragraph 2 above, shall work with the membership in developing and initiating a Tribal Constitution to be voted on and approved by the tribal general membership for the purpose of establishing a tribal government. The Interim Tribal Council shall continue to represent the tribal membership under this agreement until the membership of the Rancheria has enacted a Constitution, conducted an election for a tribal council under the Constitution, and elected a new tribal council.

**EXECUTION OF INSTRUMENTS:** The undersigned shall do all things reasonably necessary to carry out the terms of this Agreement.

THE EFFECT OF THE AGREEMENT: This Agreement, and each provision thereof, is expressly made binding upon each of the parties. Parties signatures below.

12. *Mary Narango* 7916 Farnell Way Sacramento, CA 95823 — 11/22/99

1. *Ronald Narron* — 11-22-99
   Name and address — Date

2. *[signature] R. M[?] Sr.* 9344 Rancheria Dr. Wilton CA 95693 — 11-22-99
   Name and address — Date

3. *Jayme A. McKean* 6441 Pecan Ave Orangevale Ca 95662 — 11-22-99
   Name and address — Date

4. *Anita [?]* 3949 Wildrose Way Sacto. Ca. 95826 — 11-22-99
   Name and address — Date

5. *Dorothy Andrews* 9418 Poncherisa Dr. Wilton Ca. 95693 — 11-22-99
   Name and address — Date

6. Richard Tayler 8099 E. Stockton Blvd Sacto, Ca 95823 — 11-22-99
   Name and address — Date

7. *Linda Blue* 3129 Berkshire Way Sacramento Ca. 95864 — 11/22/99
   Name and address — Date

8. *Maxine Brown Franklin* 3522 Cordwood Way Sacto, CA 95826 — 11/22-99
   Name and address — Date

9. *Sandra L. Taylor* 7366 Branbury Way Sac. CA 95828 — 11-22-99
   Name and address — Date

10. *Gigi Williams (Sonny)* — 11-22-99
    Name and address — Date

11. *[?] Dancer* 7329 Branbury Wy Sacto. CA 95828 — 11-22-99

The Agreement described above was negotiated and concluded in the presence of mediators from Indian Dispute Resolution Service, Inc. (Sacramento, California).

*[signature]* and *[signature]* — 11-22-99
David Lent      Steven Haberfeld      Date

12.

**EXHIBIT J**



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Central California Agency
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814

IN REPLY REFER TO

August 24, 2004

RE: Support of Restoration Efforts of The Wilton Miwok Rancheria

To Whom it May Concern:

The Bureau of Indian Affairs, Central California Agency recognizes and supports the efforts of the Wilton Miwok Rancheria tribal community in their pursuit of having their Federal Recognition restored. Forty-one Federally recognized tribes throughout California had their Federal recognition terminated as a direct result of the Rancheria Act of 1958, as amended and Wilton was one of these tribes. The tribe's recourse in challenging their termination on the premise of being illegal or wrongful through a Federal court action has long expired, leaving the Wilton Rancheria with limited options to seek relief.

In the Advisory Council on California Indian Policy Act of 1992, Congress established a state wide Indian Council that was directed to submit recommendations to Congress that included remedial measures to address the special status problems of California's terminated and unacknowledged tribes and the Bureau of Indian Affairs served on that Council as an ex-officio member. In that report which was submitted to Congress in 1998, it was recommended that " The Wilton Miwok Community, the Federated Tribes of the Graton Rancheria, and the Mishewol-Wappo Tribe of Alexander Valley should be immediately restored by Congress".

For the purposes of restoring Federal Recognition, the Bureau recognizes those members identified as part of the completed "Mediation Agreement of 1999" as the representatives of the Wilton Tribal community. To advance the tribes efforts to re-acquire Federal recognition and resolve ongoing internal political strife, this agreement was developed, agreed to by all parties and implemented. It is our understanding that as of this date, this agreement is still in affect and that the following individuals still represent the Mediation Agreement:

    Ms. Mary Turango-Co-Chairperson
    Ms. Anita Franklin-Co-Chairperson
    Ms. Darlene Daniels-Vice-Chairperson
    Mr. Richard Taylor-Treasurer

If you have any questions regarding this matter, please contact Raymond Fry, Deputy Superintendent, Tribal Services at (916) 930-3794.

                                          Sincerely,

                                          Dale Risling, Sr
                                          Superintendent



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Central California Agency
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814

IN REPLY REFER TO

SEP 17 2004

To Whom It May Concern:

The original land base for the Me-Wuk Indian Community of the Wilton Rancheria consisted of 38.81 acres and was purchased with appropriated funds by the Federal Government in 1927.

The recognition of this Band of Me-wuk Indians, as a tribe took place when they were provided the opportunity to vote as a tribe whether to accept or reject the Indian Reorganization Act (IRA) of 1934, as the Statute with which to formally organize the tribe. Pursuant to Section 16 of the IRA, the tribe did on November 6, 1935, ratify a Constitution and By-laws which effectively formally organized this tribe.

The Wilton band of Me-wuk Indians was one of the 41 tribes in California who had their Federal Recognition terminated as a result of the Rancheria Act of 1958, as amended.

To provide the Federal Government a means for determining that certain American Indian Groups exists as tribes, they established departmental procedures and policy that provided a number of criteria to be met in order to have the government acknowledge their federal recognition.

The Government Acknowledgement Procedures, as utilized by the Branch of Acknowledgement and research were initially designed to be applicable for groups (tribal) who have never had federal recognition. Yet the criteria setforth in this process covers a number of different categories so thoroughly that they can and are used for tribes seeking federal recognition under a legislative or court processes.

Although the Wilton Rancheria has enjoyed previous federal recognition, the tribe has nonetheless over time reconstructed their tribal, cultural and political history to the extent that they have demonstrated beyond a doubt that they meet the following criteria for federal acknowledgement: The group has been identified as an American Indian Entity on a substantially continuous basis since 1900; A predominant portion of the group comprises a distinct community and has existed as a community from historical times to the present; the group has maintained political influence or authority over its members as an autonomous entity from historical times to the present; a copy of the group's present governing document including its membership criteria; the groups membership consists of individuals who descend from a historical Indian Tribe or from historical Indian tribes which combined and functioned as a single autonomous political entity; the membership

of the group is composed principally of persons who are not members of any acknowledged North American Indian tribe.

The Me-wuk band of the Wilton Rancheria has demonstrated continuously that they are a tribe in every sense and as such certainly should be considered having their federal recognition restored.

Sincerely,

*[signature]*
Dale Risling, Sr.
Superintendent

JUN 14 2006

To Whom It May Concern:

In 1927, the Federal Government purchased 38.81 acres (original land base) with appropriated funds for the 150 Miwok Indians living in this area known as the Wilton Rancheria, Sacramento County, California. The group was organized under the Indian Reorganization Act of June 18, 1934, as amended, as the Me-Wuk Indian Community of the Wilton Rancheria. Federal recognition was extended to the Me-Wuk Indian Community of the Wilton Rancheria when the adult Indians were provided the opportunity to vote as a tribe at a special election to accept or reject the terms of the Indian Reorganization Act (IRA) of June 18, 1934, as amended. On June 15, 1935, the adult voters of the Wilton Rancheria voted to accept the provisions of the IRA. Pursuant to section 16 of the IRA, the tribe ratified a constitution and bylaws on December 7, 1935, and the Secretary of the Interior approved the constitution on January 15, 1936, which effectively formally organized the tribe.

Federal recognition of the Me-Wuk Indian Community of the Wilton Rancheria was terminated in 1964 in accordance with the provisions of the Rancheria Act of 1958, as amended. At the time of termination, there were 33 Indians living on approximately 39 acres of land. The Wilton Rancheria was one of the 41 tribes in California whose Federal recognition was terminated as result of the Rancheria Act.

To provide a means for determining that certain American Indian groups exist as a tribe, the Federal Government established departmental procedures and policy for acknowledging that certain American Indian groups exist as tribes. Acknowledgment shall subject the Indian tribe to the same authority of Congress and the United States to which other federally acknowledged tribes are subjected. The Federal Government acknowledgment procedures, as utilized by the Branch of Acknowledgment and Research, were initially designed to be applicable for groups (tribal) who have never had federal recognition. However, the criteria set forth in this process cover a number of different categories so thoroughly that they can and are used for tribes seeking federal recognition under a legislative or court processes.

Although the Wilton Rancheria no longer had federal recognition status, the Tribe has over time reconstructed its tribal, cultural, and political history to the extent it has demonstrated beyond a doubt that the tribe meets the following criteria for federal acknowledgement: (1) The group has been identified as an American Indian entity on a substantially continuous basis since 1900; (2) A predominant portion of the group comprises a distinct community and has existed as a community from historical times to the present; (3) A copy of the group's present governing document including its membership criteria; (4) The group's membership consists of individuals who descend from a historical Indian tribe or from historical Indian tribes, which combined and functioned as a single autonomous political entity; (5) The membership of the group is composed principally of persons who are not members of any acknowledged North American Indian tribe.

The Me-Wuk Indian Community of the Wilton Rancheria has demonstrated continuously that they are a tribe in every sense, and, as such, certainly should be considered having their Federal recognition restored.

Sincerely,

*Troy Burdick*

Troy Burdick
Superintendent

bcc:  BIAM-3201-P5 Wilton Rancheria FY 2006
BIAM-37102-T1 Tribal Operations Chron CY 2006
BIAM-10102-T1 Superintendent Chron CY 2006
Blind Copy (Carol)

CBRogers-Davis:06/14/2006

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Central California Agency
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814-4710

IN REPLY REFER TO

SEP 1 2 2006

TO WHOM IT MAY CONCERN:

The Bureau of Indian Affairs, Central California Agency, recognizes and supports the efforts of the Wilton Miwok Rancheria tribal community in its pursuit to regain its Federal Recognition status. Forty-one federally recognized tribes throughout the State of California had their Federal Recognition terminated as a direct result of the Rancheria Act of 1958, as amended, and the Wilton Rancheria was one of those tribes. The Tribe's recourse in challenging its termination on the premise of being illegal or wrongful through a federal court action has long expired, leaving the Wilton Rancheria with limited options to seek relief.

In the Advisory Council on California Indian Policy Act of 1992, Congress established a statewide Indian Council consisting of representatives of federally recognized, terminated and unacknowledged California Tribes, with the Bureau of Indian Affairs serving on that Council as an ex-officio member. The Advisory Council was directed to submit recommendations to Congress regarding remedial measures to address the special status problems of California's terminated and unacknowledged tribes. In that report submitted to Congress in 1998, the Advisory Council recommended that "The Wilton Miwok Indian Community, the Federated Indians of the Graton Rancheria, and the Mishewol-Wappo Tribe of Alexander Valley meet the current criteria for restoration and should be immediately restored by Congress."

For the purposes of restoring Federal Recognition to the Wilton Rancheria, the Bureau of Indian Affairs recognizes those members identified as part of the completed "Mediation Agreement of 1999" as the representatives of the Wilton Tribal community. To advance the Tribe's efforts to reacquire Federal Recognition and to resolve ongoing internal political strife, this agreement was developed, agreed to by all parties and implemented. It is our understanding that as of this date, this agreement is still in effect and that the following individuals still represent the Mediation Agreement:

Ms. Mary Tarango, Co-Chairperson
Ms. Anita Franklin, Co-Chairperson
Ms. Darlene Daniels, Vice-Chairperson
Mr. Richard Taylor, Treasurer

Please contact Carol Rogers-Davis, Acting Tribal Operations Officer, at (916) 930-3764 should you have any questions with regard to this matter.

Sincerely,

Troy Burdick
Superintendent