CHRISTINA V. KAZHE (BAR NO. 192158)
JOHN NYHAN (BAR NO. 51257)
ROSE WECKENMANN (BAR NO. 248207)
**FREDERICKS & PEEBLES LLP**
1001 Second Street
Sacramento, California 95814
Telephone:  (916) 441-2700
Facsimile:  (916) 441-2067
Email:  jnyhan@ndnlaw.com

Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs of the United States Department of Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services; the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. C-07-02681 (JF)<br><br>PROOFS OF PERSONAL SERVICE OF SUMMONS AND COMPLAINT, ETC. |

| Attorney or Party without Attorney: <br> CHRISTINA V. KAZHE, SBN 192158 <br> FREDERICKS & PEEBLES <br> 1001 2ND STREET <br> SACRAMENTO, CA 95814 <br> Telephone No: 916-441-2700   FAX No: 916-441-2067 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: WILTON MIWOK RANCHERIA, ET AL.
Defendant: DIRK KEMPTHORNE, ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0702681PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Dorothy Andrews In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of John Nyhan In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration To Proceed Before A Magistrate Judge And Request For Re-Assignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Clerks Notice Of Impending Reassignment To A United States District Judge; Reassignment Order

3. a. Party served: DIRK KEMPTHORNE, SECRETARY OF THE DEPARTMENT OF THE INTERIOR
   b. Person served: party in item 3.a., BY SERVING M. BEROS, PARALEGAL AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2007 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: DIRK KEMPTHORNE, SECRETARY OF THE DEPARTMENT OF THE INTERIOR
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID PRADO                    d. *The Fee* for Service was: $163.35
                                     e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, May. 29, 2007

                                                                    (DAVID PRADO)

Judicial Council Form POS-010           PROOF OF SERVICE                        8835492.frepe.68348
Rule 982.9.(a)&(b) Rev January 1, 2007

| *Attorney or Party without Attorney:*<br>CHRISTINA V. KAZHE, SBN 192158<br>FREDERICKS & PEEBLES<br>1001 2ND STREET<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-441-2700    *FAX No:* 916-441-2067 | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | | | | |
| *Plaintiff:* WILTON MIWOK RANCHERIA, ET AL. | | | | |
| *Defendant:* DIRK KEMPTHORNE, ET AL. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0702681PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Dorothy Andrews In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of John Nyhan In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration To Proceed Before A Magistrate Judge And Request For Re-Assignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Clerks Notice Of Impending Reassignment To A United States District Judge; Reassignment Order

3. a. *Party served:*           CARL J. ARTMAN, ASSISTANT SECRETARY FOR INDIAN AFFAIRS OF THE UNITED STATES DEPARTMENT OF INTERIOR
   b. *Person served:*          party in item 3.a., BY SERVING M. BEROS, PARALEGAL AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. *Address where the party was served:*   450 GOLDEN GATE AVE.
   SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2007 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: CARL J. ARTMAN, ASSISTANT SECRETARY FOR INDIAN AFFAIRS OF THE UNITED STATES DEPARTMENT OF INTERIOR
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID PRADO                                     d. *The Fee for Service was:*    $326.70
                                                      e. I am: Not a Registered California Process Server

   First Legal Support Services SM
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, May. 29, 2007

                                                                 *(signature)*
                                                                 (DAVID PRADO)

Judicial Council Form POS-010             PROOF OF SERVICE                              8835512.frepe.68353
Rule 982.9.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney:<br>CHRISTINA V. KAZHE, SBN 192158<br>FREDERICKS & PEEBLES<br>1001 2ND STREET<br>SACRAMENTO, CA 95814 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 916-441-2700     FAX No: 916-441-2067 | | | | |
| | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: WILTON MIWOK RANCHERIA, ET AL. | | | | |
| Defendant: DIRK KEMPTHORNE, ET AL. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0702681PVT |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Dorothy Andrews In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of John Nyhan In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration To Proceed Before A Magistrate Judge And Request For Re-Assignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Clerks Notice Of Impending Reassignment To A United States District Judge; Reassignment Order

3. a. Party served:    THE UNITED STATES DEPARTMENT OF THE INTERIOR
   b. Person served:   party in item 3.a., BY SERVING M. BEROS, PARALEGAL AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:   450 GOLDEN GATE AVE.
                                          SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2007 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: THE UNITED STATES DEPARTMENT OF THE INTERIOR
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID PRADO                                             d. *The Fee for Service was:*
                                                              e. I am: Not a Registered California Process Server

   First Legal Support Services
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, May. 29, 2007

   Judicial Council Form POS-010          PROOF OF SERVICE          (DAVID PRADO)     8835513.frepe.68355
   Rule 982.9.(a)&(b) Rev January 1, 2007

| *Attorney or Party without Attorney:*<br>CHRISTINA V. KAZHE, SBN 192158<br>FREDERICKS & PEEBLES<br>1001 2ND STREET<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-441-2700   *FAX No:* 916-441-2067 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | |
| *Plaintiff:* WILTON MIWOK RANCHERIA, ET AL. | |
| *Defendant:* DIRK KEMPTHORNE, ET AL. | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0702681PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Dorothy Andrews In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of John Nyhan In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration To Proceed Before A Magistrate Judge And Request For Re-Assignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Clerks Notice Of Impending Reassignment To A United States District Judge; Reassignment Order

3. a. *Party served:* MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
   b. *Person served:* party in item 3.a., BY SERVING M. BEROS, PARALEGAL AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. *Address where the party was served:* 450 GOLDEN GATE AVE.
   SAN FRANCISCO, CA 94102

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2007 (2) at: 1:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:* MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID PRADO
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, May. 29, 2007

   *Judicial Council Form POS-010*       PROOF OF SERVICE       (DAVID PRADO)
   *Rule 982.9.(a)&(b) Rev January 1, 2007*                                          8835514.frepe.68354

| *Attorney or Party without Attorney:*<br>CHRISTINA V. KAZHE, SBN 192158<br>FREDERICKS & PEEBLES<br>1001 2ND STREET<br>SACRAMENTO, CA 95814<br>*Telephone No:* 916-441-2700    *FAX No:* 916-441-2067<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* WILTON MIWOK RANCHERIA, ET AL.
*Defendant:* DIRK KEMPTHORNE, ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0702681PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Dorothy Andrews In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of John Nyhan In Support Of Plaintiffs Administrative Motion To Consider Whether Cases Should Be Related; Declaration To Proceed Before A Magistrate Judge And Request For Re-Assignment To A United States District Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Clerks Notice Of Impending Reassignment To A United States District Judge; Reassignment Order

3. a. *Party served:* THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, 1849 C. STREET, NW, WASHINGTON, DC 20240-0002
   b. *Person served:* party in item 3.a., BY SERVING M. BEROS, PARALEGAL AUTHORIZED TO ACCEPT SERVICE OF PROCESS

4. *Address where the party was served:* 450 GOLDEN GATE AVE.
   SAN FRANCISCO, CA 94102

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 24, 2007 (2) at: 3:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, 1849 C. STREET, NW, WASHINGTON, DC 20240-0002
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID PRADO
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

   **First Legal Support Services** SM
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, May. 29, 2007

   *signature: David Prado*
   (DAVID PRADO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

8835515.frepe.68356