CHRISTINA V. KAZHE (BAR NO. 192158)
JOHN NYHAN (BAR NO. 51257)
ROSE WECKENMANN (BAR NO. 248207)
**FREDERICKS & PEEBLES LLP**
1001 Second Street
Sacramento, California 95814
Telephone:   (916) 441-2700
Facsimile:    (916) 441-2067
Email:         jnyhan@ndnlaw.com

Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior; et al.,<br><br>Defendants. | Case No. C-07-02681 (JF) (PVT)<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

Dated: June 12, 2007

>   **FREDERICKS & PEEBLES LLP**
>   CHRISTINA V. KAZHE
>   JOHN NYHAN
>   ROSE WECKENMANN
>
>   By: /s/ John Nyhan
>   JOHN NYHAN, Attorneys for Plaintiffs,
>   WILTON MIWOK RANCHERIA,
>   ITS MEMBERS and DOROTHY ANDREWS

*Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al.*
United States District Court for the Eastern District of California
Case No. C-07-02681 (JF) (PVT)

### CERTIFICATE OF SERVICE

I declare I am employed in the County of Sacramento, State of California. My business address is: 1001 Second Street, Sacramento, California 95814. I am over the age of eighteen (18) years and not a party to the within action.

On **June 12, 2007**, I served the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the party listed below, addressed as follows:

**DIRK KEMPTHORNE**, Secretary of the
Department of the Interior
c/o Scott N. Schools
United States Attorney
Office of the United States Attorney
Federal Building
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

___ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine.

_X_ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By overnight delivery** service by placing a true copy thereof in an overnight delivery envelope and placing the envelope in a Federal Express drop box at Sacramento, California.

___ **By Certified Mail, return receipt requested** by placing a trued copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 12, 2007**, at Sacramento, California.

_____
Kaye Nelson

*Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al.*
United States District Court for the Eastern District of California
Case No. C-07-02681 (JF) (PVT)

## CERTIFICATE OF SERVICE

I declare I am employed in the County of Sacramento, State of California. My business address is: 1001 Second Street, Sacramento, California 95814. I am over the age of eighteen (18) years and not a party to the within action.

On **June 12, 2007**, I served the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the party listed below, addressed as follows:

CARL J. ARTMAN, Assistant Secretary
for Indian Affairs of the United Sates
Department of Interior
c/o Scott N. Schools
United States Attorney
Office of the United States Attorney
Federal Building
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

___ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine.

_X_ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By overnight delivery** service by placing a true copy thereof in an overnight delivery envelope and placing the envelope in a Federal Express drop box at Sacramento, California.

___ **By Certified Mail, return receipt requested** by placing a trued copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 12, 2007**, at Sacramento, California.

_____
Kaye Nelson

*Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al.*
United States District Court for the Eastern District of California
Case No. C-07-02681 (JF) (PVT)

### CERTIFICATE OF SERVICE

I declare I am employed in the County of Sacramento, State of California. My business address is: 1001 Second Street, Sacramento, California 95814. I am over the age of eighteen (18) years and not a party to the within action.

On **June 12, 2007**, I served the within:

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on the party listed below, addressed as follows:

**UNITED STATES DEPARTMENT OF THE INTERIOR**
c/o Scott N. Schools
United States Attorney
Office of the United States Attorney
Federal Building
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

___ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine.

_X_ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By overnight delivery** service by placing a true copy thereof in an overnight delivery envelope and placing the envelope in a Federal Express drop box at Sacramento, California.

___ **By Certified Mail, return receipt requested** by placing a trued copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 12, 2007**, at Sacramento, California.

_____
Kaye Nelson

***Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al.***
United States District Court for the Eastern District of California
Case No. C-07-02681 (JF) (PVT)

## CERTIFICATE OF SERVICE

I declare I am employed in the County of Sacramento, State of California. My business address is: 1001 Second Street, Sacramento, California 95814. I am over the age of eighteen (18) years and not a party to the within action.

On **June 12, 2007**, I served the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the party listed below, addressed as follows:

> **MICHAEL O. LEAVITT,** Secretary of
> the United States Department of Health
> and Human Services
> c/o Scott N. Schools
> United States Attorney
> Office of the United States Attorney
> Federal Building
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA 94102

___ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine.

_X_ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By overnight delivery** service by placing a true copy thereof in an overnight delivery envelope and placing the envelope in a Federal Express drop box at Sacramento, California.

___ **By Certified Mail, return receipt requested** by placing a trued copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 12, 2007**, at Sacramento, California.

_____
Kaye Nelson

*Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al.*
United States District Court for the Eastern District of California
Case No. C-07-02681 (JF) (PVT)

## CERTIFICATE OF SERVICE

I declare I am employed in the County of Sacramento, State of California. My business address is: 1001 Second Street, Sacramento, California 95814. I am over the age of eighteen (18) years and not a party to the within action.

On **June 12, 2007**, I served the within:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the party listed below, addressed as follows:

**UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES**
c/o Scott N. Schools
United States Attorney
Office of the United States Attorney
Federal Building
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

___ **By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine.

_X_ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By overnight delivery** service by placing a true copy thereof in an overnight delivery envelope and placing the envelope in a Federal Express drop box at Sacramento, California.

___ **By Certified Mail, return receipt requested** by placing a trued copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the firm's daily mail processing center for mailing in the United States mail at Sacramento, California.

___ **By personal service** by personally delivering a true copy thereof to the addressee(s) listed herein at the location listed herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **June 12, 2007**, at Sacramento, California.

*/s/ Kaye Nelson*
Kaye Nelson

---
CERTIFICATE OF SERVICE