RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
SARA E. CULLEY
Trial Attorney
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-0466
Facsimile: (202) 305-0267
sara.culley@usdoj.gov
Charles O'Connor
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7200
Charles.OConnor@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON MIWOK RANCHERIA, ET AL., ) | Case No. 07-02681 JF |
| ) | |
| Plaintiffs, ) | STIPULATION FOR EXTENSION |
| vs. ) | OF TIME |
| ) | |
| THE UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

      Pursuant to Fed.R.Civ.P. 6(b) and Civil L.R. 6-2, Defendants United States Department of the Interior, Dirk Kempthorne, Secretary of the Interior, Carl J. Artman, Assistant Secretary-Indian Affairs, the United States Department of Health and Human Services, and Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("Defendants") and Plaintiffs Wilton Miwok Rancheria and Dorothy Andrews ("Plaintiffs") stipulate to an extension of forty-five (45) days within which Federal Defendants shall respond to Plaintiff's Complaint. Good cause exists for this extension as set out in the accompanying declaration of Sara E. Culley, counsel for Federal Defendants. Pursuant to this stipulation,

1  Federal Defendants' responsive pleading would be due by September 7, 2007.

2      In addition, the Parties request that the deadlines set forth in the Order Setting Initial
3  Case Management Conference and ADR deadlines (Dkt. No. 5)[1] be altered in accordance with
4  the stipulated forty-five (45) day extension for Federal Defendants' responsive pleading. No
5  previous extensions of time have been granted for filing of an answer to the Complaint or for
6  deadlines set forth in the Order Setting Initial Case Management Conference and ADR
7  Deadlines.

8      WHEREFORE, the Parties request entry of the attached proposed order extending time.

---

[1] The Parties note that the Clerk's Notice of Impending Reassignment to a United States District Judge (Dkt. No. 7) continued the Case Management Conference from August 28, 2007 to August 31, 2007.

2

Dated: July 24, 2007                                   Respectfully submitted,


RONALD J. TENPAS
Acting Assistant Attorney General


_____/s/ Sara E. Culley_____
SARA E. CULLEY (K.S. Bar No. 20898)
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0466
Facsimile: (202) 305-0267

Charles O'Connor
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7200
Charles.OConnor@usdoj.gov

Attorneys for Federal Defendants


____/s/ F. John Nyhan[2/]_____
Francis John Nyhan
(DC Bar No. 467082)
Fredericks & Peebles LLP
1001 Second Street
Sacramento, CA 95814
916-441-2700
Fax: (916) 441-2067
Email: jnyhan@ndnlaw.com

Attorney for Plaintiff

---

[2/] Per General Order 45, section X.B., counsel for Federal Defendants attests that she has on file a holograph signature for this signature indicated here by a "conformed" signature (/s/).

3