RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
SARA E. CULLEY
Trial Attorney
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 305-0466
Facsimile: (202) 305-0267
sara.culley@usdoj.gov
Charles O'Connor
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7200
Charles.OConnor@usdoj.gov
*Attorneys for Federal Defendant*s

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON MIWOK RANCHERIA, ET AL., ) | Case No. 07-02681JF |
| ) | |
| Plaintiffs, ) | DECLARATION OF |
| vs. ) | SARA E. CULLEY IN SUPPORT |
| ) | OF STIPULATION FOR |
| THE UNITED STATES DEPARTMENT OF ) | EXTENSION OF TIME |
| THE INTERIOR, ET AL., ) | |
| ) | |
| Defendants. ) | |

I, Sara E. Culley, declare as follows:

1. I am a member of the Bar of the State of Kansas and am a Trial Attorney in the Natural Resources Section, Environment and Natural Resources Division, Department of Justice, which represents the Federal Defendants in the above-captioned action.

2. Pursuant to Fed.R.Civ.P. 6(b) and Civil L.R. 6-2, Defendants United States Department of the Interior, Dirk Kempthorne, Secretary of the Interior, Carl J. Artman, Assistant Secretary-Indian Affairs, the United States Department of Health and Human Services, and Michael O. Leavitt, Secretary of the United

1 | States Department of Health and Human Services ("Defendants") and Plaintiffs Wilton Miwok Rancheria and Dorothy Andrews ("Plaintiffs") stipulated to an extension of forty-five (45) days within which Federal Defendants shall respond to Plaintiff's Complaint.

3. In accordance with this Stipulation, the Parties request that the Court alter the deadlines set forth in the Order Setting Initial Case Management Conference and ADR deadlines (Dkt. No. 5) to reflect the stipulated forty-five (45) day extension for Federal Defendants' responsive pleading.

4. Good cause existed for Federal Defendants to seek an additional 45 days for the filing of their responsive pleading. On May 29, 2007, Plaintiffs sought leave to intervene in <u>Me-Wuk Indian Community of the Wilton Rancheria v. Kempthorne</u>, 1:07CV00412 (RL) (D. DC). In their motion to intervene, Plaintiffs stated that if permitted to intervene, they will seek to transfer that matter to the Northern District of California. Federal Defendants believe that the additional 45 days may permit the resolution of the pending matters in <u>Me-Wuk Indian Community of the Wilton Rancheria v. Kempthorne</u>, 1:07CV00412 (RL) (D. DC). If <u>Me-Wuk Indian Community of the Wilton Rancheria</u> is transferred to the Northern District of California, Federal Defendants assert that it likely will be beneficial for that action to be consolidated with the above-captioned matter. Accordingly, Federal Defendants further assert that the extension of time may allow such developments to be taken into account in Federal Defendants' responsive pleading.

5. In addition, agency counsel for Federal Defendants has not yet been able to prepare a litigation report in this matter. The litigation report is necessary to assist counsel for Federal Defendants in the completion of Federal Defendants' responsive pleading.

6. No previous extensions of time have been granted for filing of an answer to the

2

Complaint or for deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines.

7.    Federal Defendants believe that the extension of such deadlines will not unduly delay the progression of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of July, 2007 at Washington, D.C.

           __/s / Sara E. Culley_____
           Sara E. Culley