IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILTON MIWOK RANCHERIA, ET AL., | Case No. 07-02681 JF |
| Plaintiffs, | ORDER EXTENDING TIME |
| vs. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., | |
| Defendants. | |

    This matter is before the Court on the Parties' Stipulation for Extension of Time. Pursuant to Fed.R.Civ.P. 6(b) and Civil L.R. 6-2, the Parties stipulated to an extension of forty-five (45) days within which Federal Defendants shall respond to Plaintiff's Complaint. Federal Defendants' responsive pleading is due by September 7, 2007.

    PURSUANT TO STIPULATION, IT IS SO ORDERED, that the deadlines set forth in the Order Setting Initial Case Management Conference and ADR deadlines in the above-captioned matter are altered in accordance with the stipulated forty-five (45) day extension for the filing of Defendants' responsive pleading.

    DONE THIS _____ DAY OF _____, 2007.

BY THE COURT:

                                                                                       Judge Jeremy Fogel