CHRISTINA V. KAZHE (BAR NO. 192158)
JOHN NYHAN (BAR NO. 51257)
ROSE WECKENMANN (BAR NO. 248207)
**FREDERICKS PEEBLES & MORGAN LLP**
1001 Second Street
Sacramento, California 95814
Telephone:    (916) 441-2700
Facsimile:    (916) 441-2067
Email:        jnyhan@ndnlaw.com

Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al,<br><br>Defendants. | Case No. C-07-02681 (JF) (PVT)<br><br>NOTICE OF CHANGE OF FIRM NAME |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately the name of the law firm of Fredericks & Peebles LLP has been changed to **Fredericks Peebles & Morgan LLP**. The address, telephone numbers and e-mail will remain the same.

Dated: September 11, 2007

FREDERICKS PEEBLES & MORGAN LLP
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN

By: _/s/ John Nyhan_
JOHN NYHAN, Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS and DOROTHY ANDREWS