SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
Northern District of California
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7180
    Facsimile:    (415) 436-6748
    Email:       charles.oconnor@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>                Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior; CARL J. ARTMAN, Assistant Secretary for Indian Affairs of the United States Department of the Interior; the UNITED STATES DEPARTMENT OF THE INTERIOR; MICHAEL O. LEAVITT, secretary of the United States Department of Health and Human Services; the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                Defendants. | No. C 07-2681 JF   (PVT)<br><br>**NOTICE OF APPEARANCE** |

1 | NOTICE is hereby given that additional counsel appearing for the above-named
2 | Defendants is Charles M. O'Connor, Assistant U.S. Attorney, whose mailing address and other
3 | contact information is as follow:

    Charles M. O'Connor
    Assistant U.S. Attorney
    Office of the United States Attorney
    P.O. Box 36055
    450 Golden Gate Avenue
    San Francisco, CA 94925

    Ph. 415 436-7180
    Fax 415 436-6748

    Email: charles.o'connor@usdoj.gov

The foregoing representation and other information are effective immediately.

    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

    /s/
Dated: September 21, 2007     _____
    CHARLES M. O'CONNOR
    Assistant United States Attorney

    Attorneys for the Defendants

**NOTICE OF APPEARANCE**
*Wilton v. Kempthorne* **C 07-2681 JF (PVT)**     **Page 2**