# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wilton Miwok Rancheria,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Kempthorne,<br><br>                    Defendant(s). | 07-02681 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: October 11, 2007

                  RICHARD W. WIEKING
                  Clerk
                  by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02681 JF                    -2-

PROOF OF SERVICE

Case Name:       Wilton Miwok Rancheria v. Kempthorne

Case Number:     07-02681 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 11, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Rose Michele Weckenmann
> Fredericks Peebles & Morgan LLP
> 1001 Second Street
> Sacramento, CA 95814
> rweckenmann@ndnlaw.com
>
> Francis John Nyhan
> Fredericks  Peebles & Morgan LLP
> 1001 Second Street
> Sacramento, CA 95814
> jnyhan@ndnlaw.com
>
> Christina V. Kazhe
> Fredericks Peebles & Morgan LLP
> 1001 Second Street
> Sacramento, CA 95814
> ckazhe@ndnlaw.com
>
> Sara E. Culley
> Department of Justice
> PO Box 663

Natural Resources Section
Washingon, DC 200044-0663
Sara.Culley@usdoj.gov

Charles Michael O'Connor
Office of the US Attorney
450 Golden Gate Ave, 10th Floor
PO Box 36055
San Francisco, CA 94102-3495
Charles.OConnor@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 11, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz* (signature)

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov