UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                Plaintiff(s),

      v.

                Defendant(s).
_____/

Case No.

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                 _____
                                                                               [Party]

Dated: _____                                                _____
                                                                               [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

**<u>Wilton Miwok Rancheria, et al v. Dirk Kempthorne, et al.</u>**
**C 07-2681 JF (PVT)**

to be served this date upon the party(ies) as follows:

____    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

____    **FACSIMILE (FAX)**  Telephone No.:

____    **FEDERAL EXPRESS**

√    **EMAIL**

to the party(ies) addressed as follows:

ADR Unit
Email: ADR@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 18, 2007 at San Francisco, California.

                        /s/
                  KATHY TERRY
                  Legal Assistant