## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 19, 2007
**Case Number:** CV-07-2681-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        WILTON MIWOK RANCHERIA, ET AL V. DIRK KEMPTHORNE, ET AL

              PLAINTIFF                              DEFENDANT

  **Attorneys Present: John Nyhan**        **Attorneys Present: Charles O'Connor, Sara Culley**

PROCEEDINGS:
   Case management conference held.  Parties are present.
   Continued to 11/30/07 at 10:30 a.m. for further case management conference.