UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, November 30, 2007
**Case Number:** CV-07-2681-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:       **WILTON MIWOK RANCHERIA, ET AL V. DIRK KEMPTHORNE, ET AL**

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: John Nyhan | Attorneys Present: Charles O'Connor, Sara Culley |

---

PROCEEDINGS:

    Further case management conference held. Parties are present. The case is referred to Magistrate Judge Trumbull for settlement conference. Continued to 1/18/08 at 10:30 a.m. for further case management conference.