UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILTON MIWOK RANCHERIA, ET AL.,

        Plaintiff(s),                          No. C 07-2681 JF (PVT)

    v.                                 NOTICE OF SETTLEMENT
                                       CONFERENCE AND SETTLEMENT
KEMPTHORNE, ET AL.,             CONFERENCE ORDER

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Settlement Conference has been scheduled for Wednesday, January 9, 2008 at 2:00 p.m. before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE.  ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated:  12/11/07                        /s/ Corinne Lew

                                                Corinne Lew, Courtroom Deputy to
                                                Magistrate Judge Patricia V. Trumbull