UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER
MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Date **1/9/08**

ERO _____    Clerk _____

Case No. **C07-2681 JF**   Case Title **Wilton Miwok Rancheria et al v. C. artman, Dept. of Interior, M. Reavitt, et al**

Appearances for Plaintiff(s):
- John Nyhan
- Rose Weckenmann
- Christina V. Kazhe
- Joseph Kitto
- Travis Trueblood

Appearances for Defendant(s):
- Chas. O'Conner AUSA
- Sara Culley (Justice)
- Jane Smith (Dept. Int.)

**PROCEEDINGS**

Pretrial Conferences:
- [ ] Initial
- [X] Settlement
- [ ] Other
- [ ] Status
- [ ] Final
- [ ] Discovery

**MOTIONS**

| Plf. | Def. |   | check if case dispositive |
|------|------|---|---|
| [ ] | [ ] | 1. _____ | [ ] |
| [ ] | [ ] | 2. _____ | [ ] |
| [ ] | [ ] | 3. _____ | [ ] |
| [ ] | [ ] | 4. _____ | [ ] |

**DISPOSITION**

- [ ] Granted
- [ ] Denied
- [ ] Granted in part, denied in part
- [ ] Submitted
- [ ] Briefs to be filed (See schedule)
- [ ] Settled
- [X] Not Settled
- [ ] Off Calendar

Briefing Schedule: Opening _____   Answer _____
Reply _____
[X] Continued to ~~1/30/08~~ 2/1/08 2:00 pm for further settlement

ORDER TO BE PREPARED BY
[ ] Plaintiff   [ ] Defendant   [ ] Court   [ ] Court w/opinion

NOTES: 3 hours (Pl have propose agreement to US 1/11/08 - CMC-JF