1
2
3                UNITED STATES DISTRICT COURT
4                NORTHERN DISTRICT OF CALIFORNIA
5
6   WILTON MIWOK RANCHERIA, ET AL.,

            Plaintiff(s),              No. C 07-2681 JF (PVT)
7
                                       **RESCHEDULING FURTHER**
8       v.                             **SETTLEMENT CONFERENCE**

9   KEMPTHORNE,

10          Defendant(s).
                                                    /
11
12      TO ALL PARTIES AND COUNSEL OF RECORD:

13      You are hereby notified that the Settlement Conference previously scheduled for

14  January 30, 2008  at 2:00 p.m.  before  United States Magistrate Judge Patricia V. Trumbull,

15  at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San

16  Jose, California 95113, has been **RESCHEDULED for  February 1, 2008  at 2:00 p.m.**, or as

17  soon after as counsel may be heard.

18      **ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE**

19  **AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE.  ALL PARTIES ARE**

20  **REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE**

21  **WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS**

22  **FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

23      Any inquiries regarding the conference may be made by contacting the undersigned

24  Courtroom Deputy.

25  Dated:   1/10/08                    /s/ Corinne Lew

26                                      _____
                                        Corinne Lew, Courtroom Deputy to
27                                      Magistrate Judge Patricia V. Trumbull

28

Settle.Con.                  1