**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, January 18, 2008
**Case Number:** CV-07-2681-JF/PVT and Related Case Number: CV-07-5706-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | WILTON MIWOK RANCHERIA, ET AL V. DIRK KEMPTHORNE, ET AL | |
|---|---|---|
| | PLAINTIFF | DEFENDANT |

**Attorneys Present:** John Nyhan, Joseph Kitto, Travis Trueblood      **Attorneys Present:** Charles O'Connor, Sara Culley

PROCEEDINGS:

    Further case management conference held.  Parties are present. Continued to 2/8/08 at 10:30 a.m. for further case management conference.