UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILTON MIWOK RANCHERIA,

       Plaintiff(s),                                No. C 07-2681 JF (PVT)

    v.                                      **RESCHEDULING FURTHER SETTLEMENT CONFERENCE**

KEMPTHORNE,

       Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for February 15, 2008 at 10:00 a.m. before United States Magistrate Judge Patricia V. Trumbull, at the United States Courthouse and Federal Building, 280 South First Street, Room 4200, San Jose, California 95113, has been **RESCHEDULED for March 10, 2008 at 10:00 a.m.**, or as soon after as counsel may be heard.

**ALL LAWYERS AND PARTIES WITH COMPLETE AUTHORITY TO NEGOTIATE AND CONSUMMATE A SETTLEMENT SHALL BE IN ATTENDANCE. ALL PARTIES ARE REQUIRED TO LODGE A SETTLEMENT CONFERENCE STATEMENT IN COMPLIANCE WITH MAGISTRATE JUDGE TRUMBULL'S STANDING ORDER RE SETTLEMENTS FOUND AT www.cand.uscourts.gov OR FROM THE CLERK'S OFFICE.**

Any inquiries regarding the conference may be made by contacting the undersigned Courtroom Deputy.

Dated:  2/11/08                          /s/ Corinne Lew

                                                        Corinne Lew, Courtroom Deputy to
                                                        Magistrate Judge Patricia V. Trumbull