CHRISTINA V. KAZHE (BAR NO. 192158)
ROSE M. WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP P.C.**
8359 Elk Grove-Florin Rd., Suite 103287
Sacramento, California 95829
Telephone:     (916) 806-6290
Facsimile:      (916) 880-5691
Email:            ckazhe@kazhelaw.com
Email:            rweckenmann@kazhelaw.com

Attorneys for Plaintiffs
WILTON MIWOK RANCHERIA,
ITS MEMBERS, and DOROTHY ANDREWS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>     Plaintiffs,<br><br>     v.<br><br>DIRK KEMPTHORNE, et al,<br><br>     Defendants. | Case No.  C-07-02681 (JF) (PVT)<br><br>**NOTICE OF CHANGE IN FIRM AFFILIATION AND ADDRESS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Christina V. Kazhe and Rose M. Weckenmann, counsel for Plaintiffs Wilton Miwok Rancheria, its members, and Dorothy Andrews, have changed their firm affiliation and are currently associated with Kazhe Law Group P.C.  Ms. Kazhe and Ms. Weckenmann were formerly associated with Fredericks Peebles & Morgan LLP.

/ / /

/ / /

Accordingly, henceforward, copies of all notices, pleadings and orders should be provided to Ms. Kazhe and Ms. Weckenmann as follows:

>Christina V. Kazhe
>Rose M. Weckenmann
>Kazhe Law Group P.C.
>8359 Elk Grove-Florin Rd., Suite 103287
>Sacramento, CA 95829
>(916) 806-6290  Telephone
>(916) 880-5691  Facsimile
>ckazhe@kazhelaw.com
>rweckenmann@kazhelaw.com

Dated:  March 6, 2008                     Respectfully submitted,

**KAZHE LAW GROUP P.C.**

BY: _____/S/_____
     CHRISTINA V. KAZHE
     Attorneys for Plaintiffs WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian Tribe, ITS MEMBERS, and DOROTHY ANDREWS

---

NOTICE OF CHANGE IN FIRM AFFILIATION AND ADDRESS