1   SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
2   Northern District of California
    JOANN M. SWANSON (SBN 88143)
3   Chief, Civil Division
    CHARLES M. O'CONNOR (CSBN 56320)
4   Assistant United States Attorney

5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-7180
        Facsimile:    (415) 436-6748
7       Email:        charles.oconnor@usdoj.gov

8   Attorneys for the Defendants

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  WILTON MIWOK RANCHERIA, a          )   No. C 07-2681 JF   (PVT)
    formerly federally-recognized Indian Tribe, )
13  ITS MEMBERS and DOROTHY            )   **STIPULATION AND (PROPOSED)**
    ANDREWS,                           )   **ORDER TO CONTINUE FURTHER**
14                                     )   **CASE MANAGEMENT CONFERENCE**
                    Plaintiffs,        )
15                                     )
                                       )   Former Date:  March 21, 2008
16              v.                     )   New Date:     May 2, 2008
                                       )   Time:         10:30 a.m.
17  DIRK KEMPTHORNE, Secretary of the  )   Ctrm:         No. 5
    Department of the Interior; et al., )
18                                     )
                    Defendants.        )
19  ──────────────────────────────    )   No. C 07-05706 JF   (PVT)
                                       )
20  ME-WUK INDIAN COMMUNITY OF         )
    THE WILTON RANCHERIA,              )
21                                     )
                    Plaintiff,         )
22                                     )
                                       )
23              v.                     )
                                       )
24  DIRK KEMPTHORNE, Secretary of the  )
    Department of the Interior; et al., )
25                                     )
                    Defendants.        )
26  ──────────────────────────────    )

27          Ongoing settlement discussions have been productive, and the parties have expectations

28  of resolving the remaining issues and reaching a compromise in this matter.  Therefore, the

parties, by and through their respective undersigned attorneys, hereby stipulate that the Further

Case Management Conference, now set on March 21, 2008, may be continued until May 2, 2008.

Dated: March 20, 2008                        Respectfully submitted,

                                             KAZHE LAW GROUP P.C.


                                                   /s/
                                         By:_____
                                             CHRISTINA V. KAZHE
                                             ROSE WECKENMANN

                                             Attorneys for Plaintiffs
                                             Wilton Rancheria, et al.


Dated: March 20, 2008                        KITTO LAW FIRM


                                                   /s/
                                         By:_____
                                             JOSEPH L. KITTO

                                             Attorneys for Plaintiffs
                                             Me-Wuk Indian Community
                                             of the Wilton Rancheria


Dated: March 20, 2008                        JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                                   /s/
                                         _____
                                             CHARLES M. O'CONNOR
                                             Assistant United States Attorney

                                             Attorneys for the Defendants

### ORDER

        Based upon the foregoing stipulation of the parties, the Further Case Management

Conference now scheduled for March 21, 2008 is continued to Friday, May 2, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: March___, 2008                        _____
                                             JEREMY FOGEL
                                             United States District Judge