1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  Northern District of California
   JOANN M. SWANSON (SBN 88143)
3  Chief, Civil Division
   CHARLES M. O'CONNOR (CSBN 56320)
4  Assistant United States Attorney

5       450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone:    (415) 436-7180
        Facsimile:    (415) 436-6748
7       Email:        charles.oconnor@usdoj.gov

8  Attorneys for the Defendants

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior; et al.,<br><br>Defendants. | No. C 07-2681 JF   (PVT)<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date: March 21, 2008<br>New Date:    May 2, 2008<br>Time:        10:30 a.m.<br>Ctrm:        No. 5̶ 3 |
| 19 | ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Department of the Interior; et al.,<br><br>Defendants. | No. C 07-05706 JF   (PVT) |

27       Ongoing settlement discussions have been productive, and the parties have expectations

28  of resolving the remaining issues and reaching a compromise in this matter. Therefore, the

parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set on March 21, 2008, may be continued until May 2, 2008.

Dated: March 20, 2008       Respectfully submitted,

KAZHE LAW GROUP P.C.

By: /s/
CHRISTINA V. KAZHE
ROSE WECKENMANN

Attorneys for Plaintiffs
Wilton Rancheria, et al.

Dated: March 20, 2008       KITTO LAW FIRM

By: /s/
JOSEPH L. KITTO

Attorneys for Plaintiffs
Me-Wuk Indian Community
of the Wilton Rancheria

Dated: March 20, 2008       JOSEPH P. RUSSONIELLO
United States Attorney

/s/
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for the Defendants

**ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for March 21, 2008 is continued to Friday, May 2, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: March 21, 2008

JEREMY FOGEL
United States District Judge

STIPULATION AND ORDER CONTINUING FURTHER CMC
*Wilton v. Kempthorne* C 07-2681 and *Me-Wuk v. Kempthorne* C 07-5706                Page 2