1  CHRISTINA V. KAZHE (BAR NO. 192158)  **E-Filed 9/24/08**
   **KAZHE LAW GROUP PC**
2  8359 Elk Grove-Florin Road
   Suite 103287
3  Sacramento, California 95829
   Telephone:    (916) 226-2590
4  Attorney for Plaintiffs,
   WILTON MIWOK RANCHERIA,
5  ITS MEMBERS; and DOROTHY ANDREWS

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>            Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.<br><br>            Defendants. | Case No.  C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date:  September 26, 2008<br>New Date:     October 17, 2008<br>Time:         10:30 a.m.<br>Courtroom:    No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>            Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>            Defendants. | Case No.  C 07-05706 (JF) |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter.  A settlement conference is set for October 3, 2008, where at the parties will meet to resolve all final stipulation issues.  Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set on September 26, 2008, may be continued until October 17, 2008.

| | |
|---|---|
| Dated:  September 23, 2008 | Respectfully submitted, |
| | **KAZHE LAW GROUP PC** |
| | By: _____/s/_____ <br> CHRISTINA V. KAZHE, Attorney for Plaintiffs, <br> WILTON MIWOK RANCHERIA, <br> ITS MEMBERS and DOROTHY ANDREWS |
| Dated: September 23, 2008 | **ROSETTE & ASSOCIATES, PC** |
| | By: _____/s/_____ <br> ROBERT A. ROSETTE, Attorney for Plaintiff, <br> ME-WUK INDIAN COMMUNITY OF THE <br> WILTON RANCHERIA |
| Dated:  September 23, 2008 | **UNITED STATES ATTORNEYS' OFFICE** |
| | By: _____/s/_____ <br> CHARLES M. O'CONNOR, Attorney for <br> Defendants, DIRK KEMPTHORNE, <br> SECRETARY OF THE INTERIOR, et al. |
| Dated:  September 23, 2008 | **DEPARTMENT OF JUSTICE** |
| | By: _____/s/_____ <br> SARA E. COSTELLO, Attorney for Defendants, <br> DIRK KEMPTHORNE, SECRETARY OF <br> THE INTERIOR, et al. |

## ORDER

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for September 26, 2008, is continued to Friday, October 17, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: September  24 , 2008        _____
                                    JEREMY FOGEL
                                    United States District Judge