1   CHRISTINA V. KAZHE (BAR NO. 192158)
    ROSE M. WECKENMANN (BAR NO. 248207)              **E-Filed 10/20/08**
2   **KAZHE LAW GROUP PC**
    8359 Elk Grove-Florin Road
3   Suite 103287
    Sacramento, California 95829
4   Telephone:     (916) 226-2590
    Attorney for Plaintiffs,
5   WILTON MIWOK RANCHERIA,
    ITS MEMBERS; and DOROTHY ANDREWS
6

7                **IN THE UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8                          **SAN JOSE DIVISION**

9

10  WILTON MIWOK RANCHERIA, a formerly          Case No.  C-07-02681 (JF) (PVT)
    federally recognized Indian Tribe, ITS
11  MEMBERS and DOROTHY ANDREWS,                **STIPULATION AND [PROPOSED]**
                                                **ORDER TO CONTINUE FURTHER**
12            Plaintiffs,                       **CASE MANAGEMENT CONFERENCE**

13       v.
                                                    Former Date:  October 17, 2008
14  DIRK KEMPTHORNE, et al.                         New Date:     November 14, 2008
                                                    Time:         10:30 a.m.
15            Defendants.                           Courtroom:    No. 5

16

17  ME-WUK INDIAN COMMUNITY OF THE              Case No.  C-07-05706 (JF)
    WILTON RANCHERIA,
18
              Plaintiffs,
19
         v.
20
    DIRK KEMPTHORNE, et al.,
21
              Defendants.
22

23
         Ongoing settlement discussions have been productive, and the parties have expectations of
24
    resolving the remaining issues and reaching a compromise in this matter.  Therefore, the parties, by and
25
    through their respective undersigned attorneys, hereby stipulate that the Further Case Management
26
    Conference, now set on October 17, 2008, may be continued until November 14, 2008.
27

28

1   Dated:  October 16, 2008                    Respectfully submitted,

2                                               **KAZHE LAW GROUP PC**

3

4                                               By:_____/s/_____
                                                    CHRISTINA V. KAZHE, Attorney for Plaintiffs,
5                                                   WILTON MIWOK RANCHERIA,
                                                    ITS MEMBERS and DOROTHY ANDREWS
6

7   Dated: October 16, 2008                     **ROSETTE & ASSOCIATES, PC**

8

9                                               By:_____/s/_____
                                                    ROBERT A. ROSETTE, Attorney for Plaintiff,
                                                    ME-WUK INDIAN COMMUNITY OF THE
10                                                  WILTON RANCHERIA

11  Dated:  October 16, 2008                    **UNITED STATES ATTORNEYS' OFFICE**

12

13                                              By:_____/s/_____
                                                    CHARLES M. O'CONNOR, Attorney for
14                                                  Defendants, DIRK KEMPTHORNE,
                                                    SECRETARY OF THE INTERIOR, et al.
15

16  Dated:  October 16, 2008                    **DEPARTMENT OF JUSTICE**

17

18                                              By:_____/s/_____
                                                    SARA E. COSTELLO, Attorney for Defendants,
                                                    DIRK KEMPTHORNE, SECRETARY OF
19                                                  THE INTERIOR, et al.

20

21

                                                **ORDER**
22

23          Based upon the foregoing stipulation of the parties, the Further Case Management
    Conference now scheduled for October 17, 2008, is continued to Friday, November 14, 2008, at
24  10:30 a.m.

25
    IT IS SO ORDERED.
26
    Dated:  October __17__, 2008              _____
27
                                                JEREMY FOGEL
28                                              United States District Judge

---
2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28