**E-Filed 11/13/08**

CHRISTINA V. KAZHE (BAR NO. 192158)
ROSE M. WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP PC**
8359 Elk Grove-Florin Road
Suite 103287
Sacramento, California 95829
Telephone:     (916) 226-2590
Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>            Plaintiffs,<br><br>       v.<br><br>DIRK KEMPTHORNE, et al.<br><br>            Defendants. | Case No.  C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date:  November 14, 2008<br>New Date:       December 12, 2008<br>Time:                10:30 a.m.<br>Courtroom:       No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>            Plaintiffs,<br><br>       v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>            Defendants. | Case No.  C-07-05706 (JF) |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter.  Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set for November 14, 2008, may be continued until December 12, 2008.

Dated: November 12, 2008          Respectfully submitted,

**KAZHE LAW GROUP PC**

By: /s/
CHRISTINA V. KAZHE, Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS and DOROTHY ANDREWS

Dated: November 12, 2008          **ROSETTE & ASSOCIATES, PC**

By: /s/
ROBERT A. ROSETTE, Attorney for Plaintiff,
ME-WUK INDIAN COMMUNITY OF THE
WILTON RANCHERIA

Dated: November 12, 2008          **UNITED STATES ATTORNEYS' OFFICE**

By: /s/
CHARLES M. O'CONNOR, Attorney for
Defendants, DIRK KEMPTHORNE,
SECRETARY OF THE INTERIOR, et al.

Dated: November 12, 2008          **RONALD J. TENPAS**
**Assistant Attorney General**
**United States Department of Justice**

By: /s/
SARA E. COSTELLO, Attorney for Defendants,
DIRK KEMPTHORNE, SECRETARY OF
THE INTERIOR, et al.

## **ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for November 14, 2008, is continued to Friday, December 12, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: November 13, 2008

JEREMY FOGEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28