CHRISTINA V. KAZHE (BAR NO. 192158)
ROSE M. WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP PC**
8359 Elk Grove-Florin Road
Suite 103287
Sacramento, California 95829
Telephone:     (916) 226-2590
Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.<br><br>        Defendants. | Case No.  C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date:  January 16, 2009<br>New Date:     January 30, 2009<br>Time:         10:30 a.m.<br>Courtroom:    No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No.  C-07-05706 (JF) |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter.  Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set for January 16, 2009, may be continued until January 30, 2009.

Dated: January 14, 2009          Respectfully submitted,

**KAZHE LAW GROUP PC**

By: /s/
   CHRISTINA V. KAZHE, Attorney for Plaintiffs,
   WILTON MIWOK RANCHERIA,
   ITS MEMBERS and DOROTHY ANDREWS

Dated: January 14, 2009          **ROSETTE & ASSOCIATES, PC**

By: /s/
   ROBERT A. ROSETTE, Attorney for Plaintiff,
   ME-WUK INDIAN COMMUNITY OF THE
   WILTON RANCHERIA

Dated: January 14, 2009          **UNITED STATES ATTORNEYS' OFFICE**

By: /s/
   CHARLES M. O'CONNOR, Attorney for
   Defendants, DIRK KEMPTHORNE,
   SECRETARY OF THE INTERIOR, et al.

Dated: January 14, 2009          **RONALD J. TENPAS**
                                 **Assistant Attorney General**
                                 **United States Department of Justice**

By: /s/
   SARA E. COSTELLO, Attorney for Defendants,
   DIRK KEMPTHORNE, SECRETARY OF
   THE INTERIOR, et al.

## **ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for January 16, 2009, is continued to Friday, January 30, 2009, at 10:30 a.m.

IT IS SO ORDERED.

Dated: January  16 , 2009         _____
                                  JEREMY FOGEL
                                  United States District Judge