\*\*E-Filed 8/28/2009\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>    Plaintiffs<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants | Case No. C-07-02681-JF-PVT<br>Case No. C-07-05706-JF<br><br>ORDER ENLARGING TIME TO RESPOND TO ALL MOTIONS OF PROPOSED INTERVENORS AND CONTINUING HEARING DATE |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA<br><br>    Plaintiffs<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants | |

On July 16, 2009, the Court entered judgment in the above-entitled actions. On August 4, 2009, the County of Sacramento, California ("County") and the City of Elk Grove, California ("City") (collectively "Proposed Intervenors") moved to intervene, to re-open and vacate the judgment and to dismiss the actions for lack of subject matter jurisdiction. On August 14, 2009, Plaintiffs and Defendants in both actions (collectively "the Parties") jointly moved to enlarge time to respond to Proposed Intervenors' motions and to permit them to defer their responses to

the motions to vacate and dismiss until after disposition of the motion to intervene. Proposed Intervenors oppose the Parties' motion.

The Parties argue that enlarging time and deferring their obligation to respond to Proposed Intervenors' motions to vacate judgment and dismiss until after disposition of the motion to intervene would further judicial economy and efficiency. The Parties assert that responding to Proposed Intervenors' substantive motions would result in significant costs and expenditure of time which would be unnecessary if the motion to intervene is denied. Proposed Intervenors contend that a delay in hearing the motion to vacate threatens their legal interests, and that there is ample authority for hearing a post-judgment motion to intervene concurrently with a motion to vacate a judgment. In particular, Proposed Intervenors are concerned that lands in which they assert an interest may be placed into trust and beyond this Court's jurisdiction before resolution of their motions.

The Court concludes that it would be most efficient to address all of Proposed Intervenors' motions at the same time. Court staff has confirmed with counsel for the United States that there is no pending application to place the subject lands in trust on behalf of Plaintiffs and that the governing body of the Tribe will not be reconstituted until 2010. Through staff, the Court has solicited the views of Plaintiffs, Defendants, and Proposed Intervenors.

Good cause therefore appearing, the Court hereby RESETS all motions filed by Proposed Intervenors for hearing on October 30, 2009 at 9:00am. All opposition papers must be filed on or before October 9, 2009. Any reply papers must be filed on or before October 16, 2009.

IT IS SO ORDERED.

DATED: August 28, 2009

_____
JEREMY FOGEL
United States District Judge

2

Case No. C-07-02681-JF-PVT
Case No. C-07-05706-JF
ORDER ENLARGING TIME TO RESPOND TO ALL MOTIONS OF PROPOSED INTERVENORS AND CONTINUING HEARING DATE
(JFEX2)

1  Copies of Order served on:

2  Charles Michael O'Connor     Charles.OConnor@usdoj.gov, charles.o'connor@usdoj.gov

3  Christina V. Kazhe     ckazhe@kazhelaw.com

4  Christopher Elliott Skinnell     cskinnell@nmgovlaw.com, cchristian@nmgovlaw.com, jparrinello@nmgovlaw.com, kharmon@nmgovlaw.com, mcook@nmgovlaw.com,
5  pscott@nmgovlaw.com

6  Francis John Nyhan     jnyhan@ndnlaw.com, knelson@ndnlaw.com

7  Rose Michele Weckenmann     rweckenmann@kazhelaw.com, ckazhe@kazhelaw.com

8  Sara E. Costello     Sara.Costello@usdoj.gov

3

Case No.  C-07-02681-JF-PVT
Case No.  C-07-05706-JF
ORDER ENLARGING TIME TO RESPOND TO ALL MOTIONS OF PROPOSED INTERVENORS AND CONTINUING HEARING DATE
(JFEX2)