**E-Filed 12/9/09**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br>v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>Defendants. | Case No. C-07-02681-JF-PVT<br>Case No. C-07-05706-JF<br><br>ORDER[1] REQUESTING FURTHER BRIEFING |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br>v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>Defendants. | |

On July 16, 2009, pursuant to a stipulation between the parties after more than two years of litigation and many months of settlement negotiations, the Court entered judgment in the above-entitled actions. On August 4, 2009, the County of Sacramento, California and the City of Elk Grove, California (collectively "Proposed Intervenors") moved to intervene, to re-open and vacate the judgment, and to dismiss the actions for lack of subject matter jurisdiction. After

---

[1] This disposition is not designated for publication in the official reports.

reviewing the moving papers and considering oral argument from all of the parties, the Court is not inclined to dismiss the actions for lack of subject matter jurisdiction. To aid its consideration of the remaining motions, the Court requests supplemental briefing by the parties and Proposed Intervenors as to the relevance of the Supreme Court's recent decision in *Carcieri v. Salazar*, 129 S.Ct. 1058 (2009). Such briefing shall be filed on or before December 23, 2009.

**IT IS SO ORDERED.**

DATED: December 9, 2009

_____
JEREMY FOGEL
United States District Judge