|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

| | | |
|---|---|---|
| WILTON MIWOK RANCHERIA, et al., | ) | No. C 07-2681 JF   (PVT) |
| Plaintiffs, | ) | **[PROPOSED] ORDER EXTENDING TIME** |
| v. | ) | |
| KENNETH L. SALAZAR, et al., | ) | |
| Defendants. | ) | |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, | ) | No. C 07-05706 JF   (PVT) |
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH L. SALAZAR, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Stipulation for Extension of Time. Pursuant to Fed.R.Civ.P. 6(b) and Civil L.R. 6-2, the Parties stipulated to an extension of three weeks (21) days within which the Parties shall provide their supplemental briefs "as to the relevance of the Supreme Court's recent decision in *Carcieri v. Salazar*, 129 S.Ct. 1058 (2009)" as requested in the Court's Order of December 9, 2009. Accordingly, the Parties' supplemental briefs are due on or before January 13, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the Parties shall provide their supplemental briefs "as to the relevance of the Supreme Court's recent decision in *Carcieri v. Salazar*, 129 S.Ct. 1058 (2009)" as requested in the Court's Order of December 9, 2009 on or before January 13, 2010.

DONE THIS __17th__ DAY OF __December__, 2009.

BY THE COURT:

_____
Judge Jeremy Fogel