```
ROBERT A. RYAN, JR., County Counsel
MICHELE BACH, Supervising Deputy County Counsel
  [State Bar No. 88948]
COUNTY OF SACRAMENTO
700 H Street, Suite 2650
Sacramento, CA  95814
Telephone:  (916) 874-5540
Facsimile:  (916) 874-8207
E-mail: bachm@saccounty.net
File No.:  289.09A
```

Attorneys for Proposed Intervenor County of Sacramento

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| WILTON MIWOK RANCHERIA, et al., | Case Nos. C-07-02681-JF-PVT, C-07-05706-JF |
|---|---|
| Plaintiffs, | |
| v. | SUBSTITUTION OF ATTORNEY |
| KENNETH L. SALAZAR, et al., | |
| Defendants. | |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, | |
| Plaintiffs, | |
| v. | |
| KENNETH L. SALAZAR, et al., | |
| COUNTY OF SACRAMENTO, CALIFORNIA and CITY OF ELK GROVE, CALIFORNIA, | |
| **Proposed Intervenors.** | |

Notice is hereby given that, subject to approval by the court, County of Sacramento hereby substitutes Michele Bach, Supervising Deputy County Counsel, Sacramento County Counsel, State Bar No. 88948, as counsel of record in place of Cathy A. Christian of Nielsen, Merksamer, Parrinello, Mueller & Naylor, and Christopher E. Skinnell as counsel for Proposed Intervenor, County of Sacramento.

-1-

SUBSTITUTION OF ATTORNEY

All further notices and pleadings in this matter should be sent to new counsel as follows:

Michele Bach, Supervising Deputy
Office of County Counsel, Sacramento County
700 H Street, Suite 2650,
Sacramento, CA 95814
Telephone: 916-874-5540
Facsimile: 916-874-8207
Email: bachm@saccounty.net

Dated: December 21, 2009

Office of Sacramento County Counsel

*/s/ Michele Bach*
Michele Bach
(New Attorney for Proposed Intervenor County of Sacramento)

I consent to being substituted.

Date: 12/22/09

*/s/ Cathy Christian*
Cathy Christian
Nielsen, Merksamer, Parrinello, Mueller & Naylor
Former Attorneys for Proposed Intervenor County of Sacramento

ORDER

The substitution of attorney is hereby approved and so ORDERED.

Date: 1-4-76

*/s/ Jeremy Fogel*
Judge Jeremy Fogel

w:\litigate\2009\wilton miwok~289.09a\substitution of atty.doc

-2-

SUBSTITUTION OF ATTORNEY