IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| WILTON MIWOK RANCHERIA, et al., | ) | No. C 07-2681 JF   (PVT) |
| Plaintiffs, | ) | **[PROPOSED] ORDER EXTENDING TIME** |
| v. | ) | |
| KENNETH L. SALAZAR, et al., | ) | |
| Defendants. | ) | |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, | ) | No. C 07-05706 JF   (PVT) |
| Plaintiff, | ) | |
| v. | ) | |
| KENNETH L. SALAZAR, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties' Stipulation for Extension of Time. Pursuant to Fed.R.Civ.P. 6(b) and Civil L.R. 6-2, the Parties stipulated to an extension of two weeks (14 days) within which Plaintiffs and Defendants shall provide their supplemental briefs "with respect to the appropriateness of an interlocutory appeal " as requested in the Court's Order of January 15, 2010.  Accordingly, Plaintiffs' and Defendants' supplemental briefs would be due on or before February 5, 2010.

1   PURSUANT TO STIPULATION, IT IS SO ORDERED, that Plaintiffs and Defendants shall provide their supplemental briefs " with respect to the appropriateness of an interlocutory appeal" as requested in the Court's Order of January 15, 2010, on or before February 5, 2010.

Done this __21st__ DAY OF __January__, 2010.

BY THE COURT:

_____
JEREMY FOGEL
United States District Judge