1  NIELSEN MERKSAMER
     PARRINELLO GROSS & LEONI LLP
2  JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
3  CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
   2350 Kerner Boulevard, Suite 250
4  San Rafael, California 94941
   Telephone:  (415) 389-6800
5  Facsimile:   (415) 388-6874

6  NIELSEN MERKSAMER
     PARRINELLO GROSS & LEONI LLP
7  CATHY A. CHRISTIAN, ESQ. (S.B. NO. 83196)
   1415 L Street, Suite 1200
8  Sacramento, California 95814
   Telephone:  (916) 446-6752
9  Facsimile:   (916) 446-6106

10 *Attorneys for Intervenor-Defendant*
   CITY OF ELK GROVE, CALIFORNIA
11

12 OFFICE OF SACRAMENTO COUNTY COUNSEL
   ROBERT A. RYAN, JR., ESQ., County Counsel
13 MICHELE BACH, ESQ., Supervising Deputy County Counsel
      (S.B. NO. 88948)
14 700 H Street, Suite 2650
   Sacramento, California 95814
15 Telephone:  (916) 874-5540
   Facsimile:   (916) 874-8207
16

17 *Attorneys for Intervenor-Defendant*
   COUNTY OF SACRAMENTO, CALIFORNIA
18

19              IN THE UNITED STATES DISTRICT COURT

20             FOR THE NORTHERN DISTRICT OF CALIFORNIA

21 WILTON MIWOK RANCHERIA, *et al.*,    )   Case No.  C-07-02681-JF-PVT
22              *Plaintiffs*,           )
                                        )   ~~[Proposed]~~ ORDER
23 vs.                                  )   GRANTING REQUSTED
                                        )   EXTENSION OF TIME AND
24 KENNETH L. SALAZAR, *et al.*,        )   CONTINUING CASE
                                        )   MANAGEMENT CONFERENCE
25              *Defendants*,           )
                                        )   JUDGE: Hon. Jeremy Fogel
26 COUNTY OF SACRAMENTO, CALIFORNIA     )   COURTROOM: 3
   and CITY OF ELK GROVE, CALIFORNIA,   )
27                                      )
                *Intervenors.*          )
28                                      )

ORDER GRANTING REQUEST FOR EXTENSION OF TIME      CASE NOS. C-07-02681-JF-PVT & C-07-05706-JF
AND CONTINUING CASE MANAGEMENT CONFERNCE

|  |  |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, *et al.*,<br><br>    *Plaintiffs*,<br>vs.<br>KENNETH L. SALAZAR, *et al,*,<br><br>    *Defendants*,<br><br>COUNTY OF SACRAMENTO, CALIFORNIA and CITY OF ELK GROVE, CALIFORNIA,<br><br>    *Intervenors* | Case No. C-07-05706 (JF) |

# ORDER GRANTING REQUSTED EXTENSION OF TIME AND CONTINUING CASE MANAGEMENT CONFERENCE

Having considered the Parties joint supplemental case management statement and request for extension of time, filed on March 25, 2011, and good cause appearing thereby, IT IS HEREBY ORDERED THAT:

1.   The case management conference presently scheduled for April 1, 2011, at 10:30 a.m. is continued to May 6, 2011, at 10:30 a.m.

Dated: March 30, 2011

_____
HON. JEREMY FOGEL, JUDGE
UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA