CHRISTINA V. KAZHE (BAR NO. 192158)
ROSE M. WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP PC**
8359 Elk Grove-Florin Road
Suite 103287
Sacramento, California 95829
Telephone:    (916) 226-2590
Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.<br><br>    Defendants. | Case No.   C-07-02681 (JF) (PVT)<br>              C-07-05706 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date:  May 6, 2011<br>New Date:     June 10, 2011<br>Time:         10:30 a.m.<br>Courtroom:    No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter.  Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set for May 6, 2011, may be continued until June 10, 2011.

_____

Dated: May 3, 2011                             Respectfully submitted,

**KAZHE LAW GROUP PC**

By:         /s/
   ROSE M. WECKENMANN, Attorney for
   Plaintiffs, WILTON MIWOK RANCHERIA,
   ITS MEMBERS and DOROTHY ANDREWS

Dated: May 3, 2011                             **UNITED STATES ATTORNEYS' OFFICE**

By:         /s/
   CHARLES M. O'CONNOR, Attorney for
   Defendants, DIRK KEMPTHORNE,
   SECRETARY OF THE INTERIOR, et al.

Dated: May 3, 2011                             **OFFICE OF SACRAMENTO COUNTY COUNSEL**

By:         /s/
   MICHELE BACH, Attorney for Intervenor,
   COUNTY OF SACRAMENTO,
   CALIFORNIA

Dated: May 3, 2011                             **NIELSEN, MERKSAMER, PARRINELLO, MUELLER & NAYLOR, LLP**

By:         /s/
   CHRISTOPHER SKINNELL, Attorney for
   Intervenor, CITY OF ELK GROVE,
   CALIFORNIA

**ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for May 6, 2011, is continued to Friday, June 10, 2011 at 10:30 a.m.

IT IS SO ORDERED.

Dated: May  5 , 2011

JEREMY FOGEL
United States District Judge

2

Stipulation and [Proposed] Order to Continue Further Case Management Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____