**E-Filed 5/17/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>     Plaintiffs,<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>     Defendants. | Case No. C-07-02681-JF-PVT<br>Case No. C-07-05706-JF<br><br>ORDER[1] DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Me-Wuk INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>     Plaintiffs,<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>     Defendants. | |

    Elizabeth T. Walker, a licensed member of the Virginia bar, seeks admission to practice in the Northern District of California on a pro hac vice basis in order to represent the "Historic Families of Wilton Rancheria" in the instant action. If such a party seeks to be represented in this action, it must first seek to intervene pursuant to Fed. R. Civ. Pro 24. Accordingly, counsel's motion will be denied, without prejudice.

---

[1] This disposition is not designated for publication in the official reports.

Case No.  C-07-02681-JF-PVT
Case No.  C-07-05706-JF
ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
(JFLC3)

**IT IS SO ORDERED.**

DATED: May 17, 2011

_____
JEREMY FOGEL
United States District Judge

---

Case No.  C-07-02681-JF-PVT
Case No.  C-07-05706-JF
ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
(JFLC3)