**E-Filed 6/8/2011**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>    Plaintiffs,<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants. | Case No. C-07-02681-JF-PVT<br>Case No. C-07-05706-JF<br><br>ORDER[1] GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Me-Wuk INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>    Plaintiffs,<br>  v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants. | |

    Elizabeth T. Walker, a licensed member of the Virginia bar, seeks admission to practice in the Northern District of California on a *pro hac vice* basis for the purposes of filing a motion to intervene on behalf of the "Historic Families of Wilton Rancheria." Counsel's motion is hereby granted.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No.  C-07-02681-JF-PVT
Case No.  C-07-05706-JF
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
(JFLC3)

1 | DATED: June 8, 2011

                                      JEREMY FOGEL
                                      United States District Judge

2

Case No. C-07-02681-JF-PVT
Case No. C-07-05706-JF
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
(JFLC3)