**E-Filed 6/8/2011**

CHRISTINA V. KAZHE (BAR NO. 192158)
ROSE M. WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP PC**
9245 Laguna Springs Dr., Suite 125
Elk Grove, California 95758
Telephone:   (916) 226-2590
rweckenmann@kazhelaw.com
Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>          Plaintiffs,<br><br>     v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>          Defendants. | Case No.   C-07-02681 (JF) (PVT)<br>               C-07-05706 (JF)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date:   June 10, 2011<br>New Date:      July 15, 2011<br>Time:              10:30 a.m.<br>Courtroom:     No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>          Plaintiffs,<br><br>     v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>          Defendants. | |

The parties to the ongoing settlement discussions represent to the Court and to the other parties that the discussions have been productive and that the parties to those discussions have expectations of reaching a compromise in this matter. However, additional time is needed for the parties to finalize the agreement. Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set for June 10, 2011, may be continued until July 15, 2011.

---
STIPULATION AND PROPOSED ORDER TO CONTINUE                                                    C-07-2681-JF-PVT/C-07-0506-JF
FURTHER CASE MANAGEMENT CONFERENCE

Respectfully submitted,

Dated: June 2, 2011          **KAZHE LAW GROUP PC**

By: /s/
ROSE M. WECKENMANN, Attorney for Plaintiffs, WILTON MIWOK RANCHERIA, ITS MEMBERS and DOROTHY ANDREWS

Dated: June 2, 2011          **UNITED STATES ATTORNEYS' OFFICE**

By: /s/
CHARLES M. O'CONNOR, Attorney for Defendants, DIRK KEMPTHORNE, SECRETARY OF THE INTERIOR, et al.

Dated: June 2, 2011          **OFFICE OF SACRAMENTO COUNTY COUNSEL**

By: /s/
MICHELE BACH, Attorney for Intervenor, COUNTY OF SACRAMENTO, CALIFORNIA

Dated: June 2, 2011          **NIELSEN MERKSAMER PARRINELLO GROSS & LEONI LLP**

By: /s/
CHRISTOPHER SKINNELL, Attorney for Intervenor, CITY OF ELK GROVE, CALIFORNIA

## ORDER

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for June 10, 2011, is continued to Friday, July 15, 2011 at 10:30 a.m.

IT IS SO ORDERED.

Dated: June  8 , 2011

_____
JEREMY FOGEL
United States District Judge